# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4192
_____

MICHAEL WATERMAN,

    Appellant,

    v.

CITY OF CRESTVIEW/FLORIDA
LEAGUE OF CITIES/WORKERS'
COMPENSATION CLAIMS
DEPARTMENT,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Nolan S. Winn, Judge.

Date of Accident:  January 5, 2015.

July 8, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Bill McCabe of William J. McCabe, P.A., Longwood, and Brian P. Carter of Michles & Booth, P.A., Pensacola, for Appellant.

Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Panama City, for Appellees.